UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

BERYLE W. MANLEY,

                Plaintiff,

      -v-

MELVIN DOBY, President Board of Directors;
HILLTOP VILLAGE COOPERATIVE #ONE, Inc.;
SANDRA GUTIEREZ, Secretary;
JAY STROBLING, Management Executive;
LENORA MOODY, Realtor, Sales Agent; and
MARK L. HARKIN, Legal Counsel,

                Defendants.

------------------------------------------------------------x

**MEMORANDUM & ORDER**

12-CV-4835 (SLT) (VVP)

**TOWNES, United States District Judge:**

Plaintiff Beryle W. Manley, a citizen of Georgia and the administrator of her sister's estate, filed this pro se action on September 21, 2012, alleging that Defendants have violated federal law with regard to the sale of her sister's cooperative apartment located in Queens, New York. By Order dated November 16, 2012, the Court dismissed the complaint for lack of subject matter jurisdiction and failure to state a claim, but afforded Plaintiff the opportunity to file an amended complaint with thirty days, or else "judgment will enter and the case will be closed." (Docket No. 4 at 9). Plaintiff has not filed an amended complaint. Instead, she has filed a copy of the Court's Order with the message, "Shame on you. Read Isaiah 10:1. This case is already settled in heaven; feel free to close it here," stamped across each page. (Docket No. 5). As this submission does not remedy the deficiencies in her original complaint pursuant to the Court's Order, it is

**ORDERED, ADJUDGED AND DECREED**: that the complaint is dismissed and the

Clerk of Court is directed to close the case. The Court certifies pursuant to 28 U.S.C.

§1915(a)(3) that any appeal from this order would not be taken in good faith and therefore in

forma pauperis status is denied for purpose of an appeal. Coppedge v. United States, 369 U.S.

438, 444-45 (1962).

**SO ORDERED.**

' SANDRA L. TOWNES
United States District Judge

Dated: December *20*, 2012
Brooklyn, New York

2